# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 16-40454
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 25, 2017

Lyle W. Cayce
Clerk

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ENRIQUE E. QUINTANA,

Defendant-Appellant

————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:11-CR-25-1

————————————

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Enrique E. Quintana has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Quintana has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Quintana's response. We concur with counsel's assessment that the appeal presents no

————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-40454

nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.